UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

MARIA DEL CARMEN NOAL,            Case No.: 17-20354-AJC
                                  Chapter: 13
    Debtor.
_____/

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee by Fay Servicing, LLC ("Secured Creditor"), by and through undersigned counsel, hereby objects to confirmation of the Debtor's Chapter 13 Plan (the "Plan") (Doc. No. 16) and in support thereof states:

    1.    <u>Debtor's Bankruptcy Case</u>:  This case was commenced by the filing of a voluntary Chapter 13 petition on August 16, 2017 (the "Petition Date") by Maria Del Carmen Noal (the "Debtor").

    2.    <u>Collateral</u>:  Secured Creditor holds a mortgage lien against the Debtor's real property located at 612 614 NW 23RD CT, Miami, FL 33125 (the "Property").

    3.    <u>Secured Creditor's Claim</u>:  Secured Creditor has not yet filed a proof of claim, but will do so prior to the expiration of the claims deadline.  Secured Creditor anticipates filing a proof of claim with an estimated total debt of $309,558.43, and arrearages in the amount of $50,190.38.  The current monthly payment is $2,004.83 ($908.98 for principal and interest and $1,095.85 for escrow).

    4.    <u>Plan Treatment</u>:  The Debtor's Plan list Secured Creditor in the "cure and maintain" section of the Plan, however, list the monthly payment as $0.00 with no treatment

towards the pre-petition arrearage. These figures do not conform to Secured Creditor's anticipated Proof of Claim.

5. <u>Secured Creditor does not Consent to the Plan:</u>  Secured Creditor does not consent to the treatment of its claim as proposed by the Debtor's Plan. Accordingly, the Plan cannot be confirmed pursuant to 11 U.S.C. § 1325(a)(5)(A).

6. <u>Attorney's Fees and Costs:</u>  Secured Creditor has incurred additional fees and costs as a result of having to file this objection.

7. <u>Objection:</u>  Secured Creditor reserves the right to supplement and/or amend this Objection to Confirmation.

WHEREFORE, the Secured Creditor requests that the Court enter an order denying confirmation of the Debtor's Chapter 13 Plan, unless such Plan is amended to overcome the objections of Secured Creditor as stated herein, and for such other and further relief as the Court deems just and proper.

                                        McCalla Raymer Leibert Pierce, LLC

By:      */s/Melbalynn Fisher*
           Melbalynn Fisher
           Florida Bar No. 107698
           Attorney for Creditor
           110 S.E. 6th Street, Suite 2400
           Ft. Lauderdale, FL 33301
           Phone: 954-526-5846
           Fax: 954-526-5846
           Email: melbalynn.fisher@mccalla.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on October 25, 2017 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference), and via U.S. Mail, First Class to Maria Del Carmen, 614 Northwest 23 Road Court, Miami, FL 33125.

By:     /s/Melbalynn Fisher
           Melbalynn Fisher

Taji S Foreman tforeman@kahaneandassociates.com, bkecf@kahaneandassociates.com;mgranger@kahaneandassociates.com
Julio C Marrero Bankruptcy@marrerolawfirm.com, BKCMailECF@gmail.com
Nancy K. Neidich e2c8f01@ch13miami.com, ecf2@ch13miami.com
Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov